| DISTRICT | OFF. | DOCKET NO. YR-NUMBER | | FILING DATE MO DAY YR | | | J | NATURE SUIT | DIV. | R | S DEMAND | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127 | 2 | 87T | 1309 N | 1 | 03 | 06 | 87 | 3 | 441 | | 1 | | 2706 | 01129 | | 87T 1309N |

| CAUSE: | PLAINTIFFS | | DEFENDANTS |
|---|---|---|---|
| | JOHN DILLARD; DAMASCUS CRITTENDEN, JR.; EARWEN FERRELL; CLARENCE J. JARRELLS; ULLYSSES MC BRIDE; and LOUIS HALL, JR. | v | WASHINGTON COUNTY BOARD OF EDUCATION |

*MOWA BAND OF CHOCTAW INDIANS,
A Native American tribe recognized
by the State of Alabama; KIRK O.
FIELDS, A Native American citizen
and member of the Mowa-Choctaw Tribe;
and KESLER WEAVER, A Native American
citizen and member of the Mowa Choctaw
Tribe
    *Plaintiff-Intervenors

COLLIER WASHINGTON and SAM COOPER

    **Plaintiff-intervenors

*Per court's 3/9/88 order and
3/9/88 Complaint-In-Intervention
**Per 5/5/88 Order

CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42 USC §§ 1973 and 1983; Alleged violation of Section 2 of Voting Rights Act thru use of at-large election system.

**ATTORNEYS**

James U. Blacksher
~~465 Dauphin Street~~
~~Mobile, AL 36602~~
~~433-2000~~
5th Fl., Title Bldg.
300 21st St. N.
Birmingham, AL 35203

~~Larry Menefee~~
~~5th Floor, Title Bldg.~~
~~300 21st Street, N.~~
~~Birmingham, AL 35203~~
~~322-7300/322-7313~~

Edward Still
REEVES & STILL
714 South 29th Street
Birmingham, AL 35233-2810
322-6631

Julius L. Chambers
~~Lani Guinier~~   Scherlyn Ifill
~~Pamela Karlan~~
NAACP Legal Defense Fund
99 Hudson Street
16th Floor
New York, NY 10013 [212 219-1900]

~~Don Siegelman~~ Jimmy Evans
Alabama Attorney General

~~Susan Russ~~ Mort P. Ames
Assistant Attorney General
Office of Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
261-7406

~~David Boyd~~
~~BALCH & BINGHAM~~
~~P. O. Box 78~~
~~Montgomery, AL 36101~~
~~834-6500~~

Edward P. Turner, Jr.
TURNER, ONDERDONK & KIMBROUGH, P. A.
P. O. Drawer 1389
Chatom, AL 36518

(CONT'D)

| X CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | 12/5/87 3/5/92 |
| | | | | JS-6 | 7/5/88 8/5/92 |

UNITED STATES DISTRICT COURT DOCKET                                    DC-111 (Rev. 1/87)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | THIS CASE IS A DERIVATIVE OF 85-T-1332-N, JOHN DILLARD; et al. v. CRENSHAW COUNTY, ALABAMA, etc., et al. FOR THE PURPOSE OF ORDERS THAT RELATE TO THIS CASE PRIOR TO 8/7/87 SEE DILLARD CASE FILE AND DOCKET SHEET. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1309-N |
|---|---|---|
| JOHN DILLARD: et al. | WASHINGTON COUNTY BOARD OF EDUCATION | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | COUNSEL Con'd<br><br>Rick Harris<br>MOORE, KENDRICK, GLASSROTH,<br>  HARRIS & WHITE<br>P. O. Box 910<br>Montgomery, AL  36102<br>264-9900<br>(for pltf-intervenors)<br><br>John England<br>2616 8th St<br>Tuscaloosa, AL  35401   (759-5401)<br>(for objectors) |

| | | | |
|---|---|---|---|
| PLAINTIFF JOHN DILLARD, et al. | | CIVIL DOCKET CONTINUATION SHEET (Atty Edward P. Turner, Jr.) | OPTION B |
| | | DEFENDANT CRENSHAW COUNTY, ALABAMA, etc., et al. RE: WASHINGTON COUNTY BOARD OF EDUCATION | 87-T-1309-N DOCKET NO. 85-T-1332-N PAGE 2 OF ___ PAGES |

| DATE 1987 | NR. | PROCEEDINGS |
|---|---|---|
| Aug. 7 | | Washington County Board of Education's selection of defendant subclass Option B. Referred to Judge Thompson. (Cy furnished Magistrate Carroll.) |
| Sep. 14 | | ORDER as follows: (1) not later than **10/16/87** jurisdictions which are members of subclass B or subclass C and which have not prior to the date of this order submitted appropriate settlement documents to the court, shall comply with (a) or (b) as set out in this order; (2) by **11/6/87** the plaintiff class shall file **responses** to the proposed remedies filed by subclass B and C jurisdictions pursuant to paragraph 1(b). If the plaintiff class does not agree to the remedy proposed by a jurisdiction, they shall file their own proposed remedy, following the guidelines set out in paragraph 1(b); (3) trials for remedy questions will be scheduled at a later date. However, all jurisdictions which do not reach agreement with the plaintiff class on a remedy should be prepared to commence trial not later than **11/16/87**; and (4) the Attorney General of the State of Alabama is DIRECTED to mail a copy of this order to all jurisdictions which are members of subclass B and C. (Copies mailed to counsel; furnished Magistrate Carroll.) EOD 9/14/87. |
| Oct. 1 | | Washington County Board of Education's motion for enlargement of time to comply with 9/14/87 order. Referred to Judge Thompson. |
| 8 | | ORDER granting defendant Washington County Board of Education's 10/1/87 motion for enlargement of time, etc., and allowing said defendant until 1/1/88 to comply with court's 9/14/87 order. (Copies mailed to counsel.) EOD 10/8/87. |
| 20 | | ORDER and JUDGMENT **appointing Hon. Charles S. Coody**, U. S. Magistrate, Middle Distirct of Alabama, **additional special master** with same authorities and duties already given special master Carroll; DIRECTING counsel for Attorney General of the State of Alabama to mail copy of this order to all members of Subclasses B and C or their attorneys. (Copies mailed to counsel.) EOD 10/21/87. |
| 30 | | ORDER, subject to court's later consideration of any objections (1) **decertifying subclasses B and C** as members of defendant class action; directing clerk to assign separate civil action numbers to proceedings with respect to each jurisdiction in subclasses B and C; (2) directing that decertified proceedings shall continue as a class action as previously certified with respect to plaintiffs; (3) **consolidating** the separate actions with respect to the former members of subclasses B & C for purposes of carrying out the procedures prescribed by interim consent decree; directing that the Attorney General shall continue to serve as lead counsel for defendants and David Boyd shall continue to serve as liaison counsel for defendants; directing that procedures in paras. 9-20 of interim consent decree shall continue in force and effect for the consolicated actions; (4) directing that all prior orders in this action not inconsistent with this order shall remain in full force and effect; (5) directing that the Attorney General shall promptly furnish a copy of this order to all jurisdictions of subclass B or subclass C; directing that any **objections** to procedural changes ordered herein must be filed, detailed written statement, with the clerk not later than **11/13/87**; hearing to be set by court on objections which warrant such a proceeding; (6) directing that unless the court receives (CONT'D) |

CIVIL DOCKET CONTINUATION SHEET (Atty Edward P. Turner, Jr.)

| PLAINTIFF | DEFENDANT | 87-T-1309-N |
|---|---|---|
| JOHN DILLARD, et al. | CRENSHAW COUNTY, ALABAMA, etc., et al. | DOCKET NO. 85-T-1332-N |
| | RE: WASHINGTON COUNTY BOARD OF EDUCATION | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 | | ORDER (Cont'd) |
| Oct. 30 | | someobjection, this order shall take effect on 11/18/87 and no further order will be entered; directing that if no further order is entered before 11/18/87, the parties should assume that the court received no objections. (Copies mailed to counsel.) (Cy furnished Magistrates Carroll and Coody.) EOD 10/30/87. |
| Nov. 10 | | Plaintiffs' submission of remedy proposals. Referred to Judge Thompson. Copies furnished Magistrates Carroll and Coody. |
| 18 | | Affidavits of plaintiffs John Dillard, Damascus Crittenden, Jr., Earwan Ferrell, Jr., Clarence J. Jairrels, Dr. Ullysses McBride and Louis Hall, Jr. (in support of IFP status for consolidated cases 87-T-1150-N thru 87-T-1316-N.) |
| 18 | | ORDER that the plaintiffs are allowed to proceed in forma pauperis and without prepayment of filing fees in these cases (87-T-1150-N thru 87-T-1316-N), the court being of the opinion from the affidavits filed by the plaintiffs that they cannot afford the filing fees in these consolidated cases in the amount of $20,520.00. (Copies mailed to counsel.) (Copies furnished Magistrates Carroll and Coody.) EOD 11/18/87. |
| Dec. 29 | | Defendant Washington County Board of Education's second motion for enlargement of time to comply with order dated 9/14/87. Referred to Judge Thompson. |
| 30 | | ORDER granting defendant's motion for enlargement of time, etc. filed on 12/29/87; allowing defendant until 2/1/88, to comply with the court's order of 9/14/87. (Copies mailed to counsel.) |
| 1988 Jan. 26 | | Magistrate Carroll's ORDER FOR CERTAIN SUBCLASS B JURISDICTIONS that Subclass B jurisdictions which have agreed upon a remedy, but have not submitted settlement documents shall, by 2/12/88, file with the court either (1) an appropriate package of settlement documents; or (2) a detailed explanation of the reason for the jurisdiction's inability to submit settlement documents by that date; that all Subclass B jurisdictions which have not reached a settlement, and which are not already set for a remedy hearing, shall, by 2/12/88, file with the court a statement advising the court of the jurisdiction's case status so that the court may schedule remedy hearings where appropriate; that, at or before the time of any hearing to ascertain fairness of proposed settlement agreement, the jurisdiction shall file with the court or the Attorney General evidence (affidvit of publication) that notice to class has been published in accordance with the court's order requiring same and a copy of the letter from the Attorney General of the United States granting preclearance of the proposed remedy under Section 5 of the Voting Rights Act of 1965, 42 USC 1973. (Copies mailed to counsel.) |
| Feb. 1 | | Defendant Washington County Board of Education's third motion for enlargement of time to comply with order dated 9/14/87. Referred to Judge Thompson. |
| 3 | | ORDER granting defendant's 2/1/88, third motion for enlargement of time. (Copies mailed to counsel.) EOD 2/3/88. |
| 8 | | Defendant's proposed redistricting plan with supporting data filed pursuant to order of 9/14/87. Referred to Judge Thompson. Copy furnished Magistrate Carroll. (Maps in separate binder.) |
| 12 | | Defendant's RESPONSE to Order of 1/26/88. Referred to Magaistrate Carroll. |

| CIVIL DOCKET CONTINUATION SHEET |||
|---|---|---|
| PLAINTIFF<br>JOHN DILLARD: et al. | DEFENDANT<br>WASHINGTON COUNTY BOARD OF EDUCATION | DOCKET NO. 87-T-1309-N<br>PAGE 4 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Mar. 1 | | Magistrate Carroll's ORDER (1) setting **hearing** on the remedy issued on **3/16/88** at 9:00 a.m., 4th floor courtroom, federal courthouse and Federal Building, Montgomery; and (2) directing that parties inform the court, on or before 3/9/88, as to the suggested order of these hearings and length of time of the hearing. (Copies mailed to counsel.) EOD 3/2/88. |
| 7 | | Mowa Bank of Choctaw Indians, etc., Kirk O. Fields, etc., and Kesler Weaver's motion to intervene. Referred to Judge Thompson. |
| 9 | | Magistrate Carroll's ORDER resetting the remedy **hearing** in this cause for **3/18/88** at 9:15 a.m., United States Courthouse and Federal Building, Montgomery. (Copies mailed to counsel.) EOD 3/9/88. |
| 9 | | ORDER GRANTING the Mowa Bank of Choctaw Indians, Kirk O. Fields and Kesler Weaver's 3/7/88 application (motion) to intervene. (Copies mailed to counsel; Atty Harris advised telephonically.) EOD 3/9/88. |
| 9 | | COMPLAINT-IN-INTERVENTION of Mowa Bank of Choctaw Indians, etc., Kirk O. Fields, etc., and Kesler Weaver, etc. |
| 18 | | **Hearing** - Remedy Issue. |
| 18 | | Courtroom Deputy's minutes of 3/18/88 proceeding; lists of witnesses and exhibits attached. |
| 24 | | Plaintiff-intervenors' post-hearing memorandum. Referred to Magistrate Carroll. |
| Apr. 6 | | Magistrate Carroll's RECOMMENDATION (1) that the plan proposed by the jurisdiction at the evidentiary hearing held in this cause be adopted and approved; (2) that the following election schedule be utilized in implementing the plan: 1988-Districts 1, 4 and 5 (six year terms); 1990-District 2 (two year term); 1992-Districts 2 and 3 (six year terms); and 3. That the Washington County Board of Education, etc., be enjoined and restrained from failing to conduct elections to the Washington County Board of Education under the plan proposed by the jurisdiction; and ORDER that the parties and intervenors are DIRECTED to file any objections to the said Recommendation within a period of 10 days after being served with a copy of the Recommendation. (Copies mailed to counsel.) EOD 4/6/88.  **WITHDRAWN per 4/8/88 Order.** |
| 8 | | Magistrate Carroll's ORDER WITHDRAWING his recommendation of 4/6/88; filing a new recommendation approving the jurisdiction's plan and schedule for elections. (Copies mailed to counsel.) EOD 4/8/88. |
| 8 | | Magistrate Carroll's RECOMMENDATION (1) adopting and approving the plan proposed by the jurisdiction at the evid. hearing; (2) recommending that the following election schedule be utilized in implementing the plan: 1988 Districts 1, 4 and 5 (six year terms); 1922 Districts 2 and 3 (six year terms; and 3. that defendant, its agents, etc., be enjoined and restrained from failing to conduct elections for Washington County Board of Education under the plan proposed by the jurisdiction. ORDER that parties and intervenors are DIRECTED to file any objections to said Recommendation within a period of 10 days after being served with a copy of Recommendation. (Copies mailed to counsel.) EOD 4/8/88. |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1309-N |
|---|---|---|
| JOHN DILLARD; et al. | WASHINGTON COUNTY BOARD OF EDUCATION | PAGE 5 OF ___ PAGES |

| 1988 DATE | NR. | PROCEEDINGS |
|---|---|---|
| Apr. 15 | | Rev. Leo C. Dean, Sr. and Warren Eugene Roberts' **objection** to proposed settlement. Referred to Judge Thompson and Magistrate Carroll. (Separate file.) |
| 18 | | Parties' joint motion for extension of election schedules. Referred to Judge Thompson. |
| 19 | | Plaintiffs' **objection** to the recommendation of the Magistrate. Referred to Judge Thompson and Magistrate Carroll. (Separate file.) |
| 21 | | Plaintiff-intervenors' **objection** to Magistrate's recommendation. Referred to Magistrate Carroll. (Separate file.) |
| 21 | | **Objections** to Magistrate Carroll's 4/8/88 Recommendation: Referred to Judge Thompson. (Separate file)<br><br>Manse(?) Barnes<br>Bettye R. Davis<br>Charles L. Davis<br>Deborah Davis<br>Michael G. Davis<br>Vanessa Powell<br>Mr. & Mrs Otto Wilson |
| 22 | | Plaintiffs' motion for award of attorneys fees and expenses from members of subclasses B and C. Referred to Judge Thompson. |
| 22 | | **Objections** to Magristrate Carroll's 4/8/88 Recommendation. (Separate file.) Referred to Judge Thompson.<br><br>Anna Barnes<br>Walter Barnes<br>Cynthia M. Dixon(?)<br>Valery L. Harris<br>Nathaniel Jones<br>Lonnie Moore<br>Nevada R. Moore<br>Carolyn L. Peyton<br>Jessie M. Reed<br>Daniel Wiley<br>Herbert Wiley, Jr.<br>Jessie Wiley |
| 25 | | **Objections** to Magistrate Carroll's 4/8/88 Recommendation. (Separate file.) Referred to Judge Thompson.<br><br>Mr. & Mrs. Cleon Abrams, Sr.<br>Adell Adams<br>Annie Adams<br>Beatrice Adams<br>David Adams, Sr.<br>Freddie L. Adams |

(Cont'd)

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1309-N |
|---|---|---|
| JOHN DILLARD, et al. | WASHINGTON COUNTY BOARD OF EDUCATION | PAGE 6 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Apr. 25 | Cont | Cont'd |

**Objections** to Magistrate Carroll's 4/8/88 Recommendation. (Separate file.) Referred to Judge Thompson.

Mr. & Mrs. Gilmore Adams, Sr.
Mr. & Mrs. Gregory B. Adams
Jake Adams
Jane M. Adams
K. (?). Adams
Rhonda L. Adams
Roxxie Adams
Mary Balden
Annie B. Barnes
Barbara J. Barnes
Baernice Barnes
Edna Barnes
Evry Barnes
Felicia D. Barnes
Gregory C. Barnes
Jerry E. Barnes
melba Barnes
Mervin Barnes
Vivian N. Barnes
Dellie Blokley
Deborah Brown
Dianna Brown
Myrtle Brown
Phillip Brown
Sandra F. Burton
Steve Brown
Charlotte Chestang
Jack Chestang
Inez R. Curtis
Carlos Cox
Ida B. Cox
Mae E. Dennis
Aslan Davis
Bryant Davis, Jr.
Marshall O. Davis, Sr.
Minnie L. Davis
Danita L. Durgim(?)
Marie Ferrell
Marie Ferrell & Shirley Ferrell
Joe S. Fields
Helen M. Foster
Horace Gale
Norma Harris
Reginia Havlin
Jackie Wayne Hicks
Lucille B. Hill

William Hill, Sr.
E. Hisay
Joyce S. Hisay
Terry L. Huff
Shawndree Ivey
Gladys L. James
Alsean Johnson
Doris L. Johnson
Earline Johnson
Joe L. Johnson, Sr.
Minnie L. Johnson
Robert Johnson
Elvin Johnston
Mavis Johnston
Vera L. King
Marilyn Koen
Sylvester Koen
Alex Lang
Costerver(?) Lang
Glynda Lang
Penny Lang

Sherry Lang
Juontio Law
L. J. Law
Mary Louise Law
Willie Roy Law
Annette M. Ledesque
Claudia Martinez
Francisco Martinez
Rosie Mae Miller
Travis Mitchell
Debra Monigan
Lola Moore
Rubye Roberts Nelson
Bruce Orso
Esther Orso
Frankie Orso
Joe Orso
Carolyn Jorden Powe
Jocelyn L. Powell
Natasha Powell
Cleo Pressley
Vernell Pressley
Aaron Reed
Aaron Reed, Jr.

| DC 111A (Rev. 1/75) | | CIVIL DOCKET CONTINUATION SHEET | | |
|---|---|---|---|---|
| PLAINTIFF<br>JOHN DILLARD: et al | | DEFENDANT<br>WASHINGTON COUNTY BOARD OF EDUCATION | DOCKET NO. 87-T-1309-N<br>PAGE 7 OF ___ PAGES | |

| DATE<br>1988 | NR. | PROCEEDINGS |
|---|---|---|
| Apr. 25 | | **Cont'd**<br>**Objections** to Magistrate Carroll's 4/8/88 Recommendation. (Separate file). Referred to Judge Thompson.<br><br>Charlie & Pamela Reed<br>Freddie Mae A. Reed<br>Hiram P. Reed<br>Idellar Reed<br>Lucille Reed<br>Mary L. Reed<br>Virchus(?) T. Reed<br>Wornie Reed<br>Dorothy J. Roberts<br>Deanner Roberts<br>Napoleon Roberts, Jr.<br>Hattie Robinson<br>Nell Russell<br>Curtis Seals<br>Charles Shipman<br>Joyce B. Shipman<br>Marie Spencer<br>John Sullivan<br>Julia B. Sullivan<br>Lucille Sullivan<br>Carlean Thomas<br>C. T. Thomas<br>Erma Jean Thomas<br>Ethel M. Thomas<br>Floyd Thomas, Jr. & Edwina Thomas<br>Fred Thomas<br>Kenneth & Mary Thomas<br>Lucille Thomas<br>Melvin Thomas, Sr.<br>Rebecca Thomas<br>Sanya D. Thomas<br>Sophia D. Thomas<br>Sylvia E. Thomas<br>Timothy Thomas<br>Donald Thompson<br>Elbert Thompson, Jr.<br>Yolanda Thompson<br>Rutland Tolbert<br>Rutland Tolbert (Duplicate)<br>Sanora Tolbert<br>Etoria A. Toole<br>James Toole<br>Kevin D. Toole<br>Michael Toole<br><br>Vanessa Toole<br>Will Toole<br>Claudia Washington<br>George Washington<br>Demetris R. Wells, Sr.<br>Aileen West<br>Delia M. West<br>Lawrence Y. West, Sr.<br>Lawrence West, Jr.<br>Alonzo Wheat<br>Zeola Wheat<br>Mable Whisenhunt<br>John L. Williams<br>Linda Williams<br>Alvella Young<br>Donnie Ray Young<br>Regina Young<br>O. V. Young |
| | 25 | ORDER referring this cause back to the magistrate for reconsideration of his recommendation, filed 4/8/8, and for other appropriate proceedings, in light of the numerous objections filed by members of the plaintiff class. (Copies mailed to counsel.) EOD 4/25/88. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1309-N |
|---|---|---|
| JOHN DILLARD, et al. | WASHINGTON COUNTY BOARD OF EDUCATION | PAGE 8 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| Apr. 26 | | **Objections** to Magistrate Carroll's 4/8/88 Recommendation. (Separate file.) Referred to Judge Thompson. <br><br> Cecelia Brown <br> Cleon Brown <br> Mavis Brown <br> Annie L. Reed <br> Eddie L. Reed <br> Jacquelyn Brown Reed |
| | 27 | **Objection(s)** to Magistrate Carroll's 4/8/88 Recommendation. (Separate file.) Referred to Judge Thompson. <br> Althea Wiley |
| | 28 | ORDER [CA Nos. 87-T-1150-N thru 87-T-1316-N, <u>all</u> Subclass B and C defendants-- except Baldwin County Board of Education and City of Lisman] as follows: <br> 1. Liaison counsel shall receive all pleading, file all responses, and conduct all proceedings on behalf of the defendant jurisdictions relative to plaintiffs' motion for fees. 2. By **5/16/88** liaison shall provide all defendant jurisdictions with a summary of plaintiffs motion for fees and a copy of this order and shall notify those jurisdictions of their right to object to the motion for fees and shall provide the defendants with a general outline of a plan to apportion among the defendants the fees, etc., awarded to plaintiffs. 3. Any defendant jurisiction which wishes to object to plaintiffs' motion for fees shall by 5/30/88 provide liaison counsel with a statement of its objection. 4. On or before **6/10/88** liaison counsel shall file with the court any objections, along with evidentiary materials supporting such objections, etc. 5. By **6/24/88** plaintiffs shall file their brief in support of their motion for fees. 6. By **7/1/88** liaison counsel shall file on behalf of the defendant jurisdictions any reply brief. 7. A **hearing** on the plaintiffs motion for fees will be conducted on **7/8/88** at 10 a.m.; defendant jurisdictions to be represented by liaison counsel. 8. By **6/10/88** liaison counsel shall also file with the court a final proposal for apportionment among the defendant jurisdictions of the fees, etc., to be awarded by the court; copy to be sent to each jurisdiction; defendants which object to apportionment system shall advise liaison counsel by 6/24/88; liaison counsel shall advise the court of any such objections by 7/1/88; any objections to be considered at the 7/8/88 hearing. (Copies mailed to counsel.) EOD 4/29/88. |
| | 28 | **Objection** of Leri Adams to proposed consent decree. |
| | 28 | Intervenors' motion to permit additional evidence and testimony. <br>   Referred to Magistrate Carroll. |
| | 29 | Motion to intervene as plaintiffs by Collier Washington and Sam Cooper. Referred to Judge Thompson. |
| May 2 | | Magistrate Carroll's ORDER setting the motion to permit additional evidence and testimony, etc., for a **hearing** on **5/4/88**, at 2:00 p.m., U. S. Courthouse, Montgomery. (Copies mailed to counsel.) |
| | 3 | **Objection** of Magistrate Carroll's 4/8/88 Recommendation. (Separate file). Referred to Magistrate Carroll. |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1309-N |
|---|---|---|
| JOHN DILLARD: et al. | WASHINGTON COUNTY BOARD OF EDUCATION | PAGE 9 OF ___ PAGES |

| DATE 1988 | NR. | PROCEEDINGS |
|---|---|---|
| May 4 | | **Hearing** - intervenor's motion to permit additional evidence, etc. |
| 5 | | Courtroom Deputy's minutes of 5/4/88 proceedings; lists of witnesses and and exhibits attached. |
| 5 | | ORDER GRANTING motion to intervene (re Washington, et al.). (Copies mailed to counsel.) EOD 5/5/88. |
| 5 | | COMPLAINT-IN-INTERVENTION of Collier Washington and Sam Cooper. |
| 6 | | Plaintiff's withdrawal of objection to recommendation of the Magistrate.(ltr format). Referred to Magistrate Carroll. |
| 9 | | **Objections** to Magistate Carroll's 4/8/88 Recommendation. (Separate file.) Referred to Magistrate Carroll. |
| | | Henry L. Lang, Jr.              Ella M. Lang |
| | | Samuel Adams                    William W. Barnes |
| | | Marvin L. Lang                  Refe Wiley |
| | | Charles Wiley                   Sharon K. Williams |
| | | Minnie J. Gowdy                 Jimmie Johnson |
| | | Alfonso Sullivan                Izell Davis |
| | | O (?) Jordan                    Richard Lott |
| | | Phyllis H. Webb                 Marie Thomas |
| | | Eran Woodyard                   Elnora D. Nettles |
| | | Jacquelyn Y. Sullivan           Darrell W. Moss |
| | | Shiester S. Sullivan            Patricia Clark |
| | | Dora James                      Lee Dora Jordan |
| | | Steven James                    George Jordan |
| | | Aaron L. Williams               Leslie Hill |
| | | Leroy Adams |
| 13 | | Defendant's motion for entry of immediate injunction enjoining election. Referred to Judge Thompson. |
| 13 | | ORDER that John H. Armstrong, in his official capacity as Judge of Probate of Washington County, Alabama, etc., are hereby **enjoined** from holding or taking any action in preparation for holding an at-large election for electing members of the Washington County Board of Educaiton during the upcoming first primary election to be held 6/7/88 an all subsequent elections thereafter, pending further orders of the court. (Copies mailed to counsel and Judge Armstrong.) EOD 5/17/88. |
| 16 | | Magistrate Carroll's SUPPLEMENTAL RECOMMENDATION that the motion to permit additional evidence filed by intervenors be DENIED and that the plan proposed by the jurisdiction at the 3/18/88 hearing be APPROVED and ADOPTED; and ORDER that parties, objectors and intervenors are DIRECTED to file any objections to the said Supplemental Recommendation within 10 days after being served with a copy of Recommendation. (Copies mailed to counsel.) EOD 5/17/88. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF<br>JOHN DILLARD; et al | DEFENDANT<br>WASHINGTON COUNTY BOARD OF EDUCATION | DOCKET NO. 87-T-1309-N<br>PAGE 10 OF ____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| May 17 | | ORDER REGARDING ATTORNEY FEES AND EXPENSES (1) DIRECTING clerk to set up a single separate file and docket sheet for the issues of attorney fees and expenses; (2) directing that all pleadings and order regarding the issues of attorney fees, etc., are to be filed in separate file; (3) directing that separate file is incorporated in, and made a part of, each and every file for civil action nos. 85-T-1332-N and 87-T-1150-N thru 87-T-1316-N; (4) directing that Clerk need serve copies of this order and all future orders regarding attorney fees, etc., on only counsel for plaintiffs, counsel for Alabama Attorney General, and liaison counsel; and (5) directing that counsel need file only one copy of pleadings with the court. (Copies mailed to counsel.) EOD 5/17/88. |
| Jun 6 | | MEMORANDUM OPINION. |
| 6 | | JUDGMENT AND INJUNCTION (1) adopting the recommendation of the U. S. Magistrate filed 4/8/88 and supplemental recommedation of the U. S. Magistrate filed 5/16/88; (2) overruling all objections to the April 8 recommendation of the U. S. Magistrate; (3) denying the motion to permit additional evidence and testimony filed by plaintiff-Intervenors Mowa Band of Choctaw Indians, et al., filed 4/28/88; (4) DECLARING that the current at-large system used to elect the members of the defendant Washington County Board of Education violates § 2 of the Voting Rights Act of 1965, as amended, 42 USCA § 1973; (5) DECLARING that the single-member redistricting plan, consisting of 5 members, submitted by defendant remedies the § 2 violation and is itself acceptable under § 2 of the Voting Rights Act; and (6) RESTRAINING and ENJOINING defendant Washington County Board of Education, etc. (A) From using its present at-large election system in any future elections; (B) From failing to implement its submitted single-member district plan, consisting of 5 members; and (C) From failing to conduct elections for school board members under the new plan, for districts 1, 4, and 5 in 1988, and for other two districts in 1992. Further ORDERED (1) that plaintiffs and defendant's joint motion for extension of election schedules filed 4/18/88 is granted, and (2) that qualifying for the three 1988 seats of the Washington County Board of Education shall open immediately and remain open until 6/16/88. Further ORDERED that defendant Washington County Board of Educaiton is ENJOINED and RESTRAINED from failing to hold its first primary election on 6/28/88 and any runoff three weeks later. Further ORDERED that the plaintiffs have and recover from defendant Washington County Board of Education reasonable attorney fees, and that plaintiffs are allowed until completion of all _Dillard_ cases to file their request for attorney fees. Further ORDERED that costs are taxed against defendant and that plaintiffs are allowed until the completion of all the _Dillard_ cases to file their bill of costs. (Copies mailed to counsel.) EOD 6/7/88. |
| Sep 1 | | Plaintiffs' notice of attorneys' withdrawal (Menefee and Guinier) and substitution (Ifill substituted for Karlan). |
| 1992 | | |
| Jan. 27 | | Plaintiffs' **motion** for additional relief with respect to redistricting and the 1992 elections. Referred to Judge Thompson. |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1309-N |
|---|---|---|
| JOHN DILLARD, et al. | WASHINGTON COUNTY BOARD OF EDUCATION | PAGE 11 OF ___ PAGES |

| DATE 1992 | NR. | PROCEEDINGS |
|---|---|---|
| Feb 6 | | **ORDER** that defendant jurisdictions show cause in writing, if any, as to why motion for additional relief, filed by plaintiffs on 1-27-92, should not be granted. (Copies mailed to counsel.) EOD: 2-7-92 |
| * Feb. 26 | | Plaintiffs' **motion** to join attorney general as defendant. Referred to Judge Thompson. |
| Mar. 2 | | **ORDER** that the State Attorney General show cause, if any, in writing within ten days as to why said motion to join Attorney General of Alabama as an additional defendant should not be granted. |
| * Feb. 24 | | **ORDER** that David R. Boyd is removed as liaison counsel for defendant subclasses B and C; further **ORDERED** that Mort P. Ames, Deputy State Attorney General is appointed liaison counsel for defendant subclasses B and C; further **ORDERED** that no later than 03/06/92 plaintiffs and liaison counsel (1) shall meet with each other to develop procedures as to how the court should proceed in light of responses from defendant subclasses B and C, and (2) shall submit such procedures to the court. |
| Mar. 12 | | Attorney General James H. Evans' **response** in opposition to plaintiffs' motion to join. Referred to Judge Thompson. |
| 16 | | Defendant's **response** to show cause order. Referred to Judge Thompson. |
| 20 | | **Proposal** of plaintiffs and liaison counsel. Referred to Judge Thompson. |
| Apr 9 | | ORDER adopting the following Status Groups of cases: J - Jurisdiction claims no need to redistrict but has not provided sufficient data to pltfs or court; K - Jurisdiction claims no need to redistrict; has provided data on plan to pltfs; pltfs are reviewing plan; L - Jurisdiction admits need to redistrict, but has not provided sufficient data to pltfs or court; M - Jurisdiction admits need to redistrict; data provided; pltfs are reviewing plan; N - Jurisdiction says that it is checking data to see if it needs to redistrict; O - Jurisdiction has made no response to Court's order of 2-2-92; P - Jurisdiction's plan has been precleared by U. S. Dept. of Justice and pltfs have no objections; Q - Jurisdiction has made some other response; R - Pltfs have agreed to jurisdiction's plan; S - Pltfs object to jurisdiction's plan; T - Jurisdictions which contend the court should not be exercising jurisdiction over them, or which have reserved consideration of the jurisdictional issue; U - Jurisdictions which were already involved in the redistricting process prior to filing of motion for additional relief; further that any jurisdiction disputing its placement in its Status Group as set out in order should consult with pltfs' counsel first to resolve the matter; that all county commissions and school boards present a plan to the court (or otherwise respond) by 4-27-92; that Status Group J submit sufficient data to the court to allow pltfs to make a determination whether they oppose or support the jurisdiction's decision; that Status Group L submit sufficient data to the court to allow pltfs to make a determination whether they oppose or support the juris- diction's decision; that those jurisdictions disputing the jurisdiction of the |

**CONTINUED**

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1309-N |
|---|---|---|
| JOHN DILLARD | WASHINGTON CO. BOE | 12 |
| | | PAGE ___ OF ___ PAGES |

| DATE 1992 | NR. | PROCEEDINGS |
|---|---|---|
| Apr 9 | | court to hear this matter should file their objections by the same date; that all municipalities submit a plan to the court by 5-8-92; that Status Groups J & L submit sufficient data to allow pltfs to make a determination whether they oppose or support the jurisdiction's decision; that those jurisdictions which dispute the jurisdiction of the court to hear this matter should file their objections by the same date; that pltfs will review the plans of jurisdictions within 30 days and shall inform the court of their support or opposition; that if pltfs inform the court of their support or non-opposition to the plan of a jurisdiction the court will consider the plan as having been submitted for approval; that if pltfs inform the court of the opposition to a plan, the court will set the matter for an individual determination as further set out; that all documents filed with court be served upon Edward Still, James Blacksher and Mort Ames; that within 10 days of the date of this order liaison counsel will notify deft jurisdictions which have not responded to the 1-27-92 court order that they must show cause why pltfs' motion for additional relief should not be granted. (Copies mailed to counsel.) EOD 4-9-92. |
| 9 | | ORDER that pltfs' motion to join Atty. Gen. as a deft is denied. (Copies mailed to counsel.) EOD 4-9-92. |
| 28 | | (Exhibits A-C attached.) Deft's amended response and plan for redistricting per order to show cause. / Referred to Judge Thompson. |
| June 11 | | Plaintiff's reponse to proposed plan. Referred to Judge Thompson. |
| July 10 | | Parties joint motion for approval of settlement. (Consent Decree attached). Referred to Judge Thompson. |
| 20 | | ORDER, JUDGMENT and DECREE granting parites joint motion for approval of settlement filed 7-10-92. (Copies mailed to counsel). EOD: 7-20-92. |
| 20 | | CONSENT DECREE enjoining defendant its agents, attorneys, employees and those acting in concert with them or at their direction as further set out in consent decree; that thir order may be modified at a later time if the jurisdiction does not receive final approval of the plan preliminarily approved herein as further set out; assessing an award of $1,755.00 against defendant as attorneys' fees and expenses. (Copies mailed to counsel). EOD: 7-20-92. |
| **1993** | | |
| Jan. 11 | | Deft.'s motion for approval of redistricting plan (Copy of preclearance letter from U. S. Dept. of Justice attached); referred to Judge Thompson. |
| 13 | | ORDER to show cause 1/28/93 why motion for final approval of redistricting plan should not be granted. (Copies mailed to counsel) |
| 25 | | Plaintiffs' response to show cause order; referred to Judge Thompson. |
| 28 | | ORDER approving defendant Washington County Board of Education's redistricting plan. (Copies mailed to counsel). EOD 1-28-93 |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-T-1309-N |
|---|---|---|
| JOHN DILLARD, et al. | WASHINGTON COUNTY BOARD OF EDUCATION | PAGE 13 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1993** <br> Apr. 21 | | Plaintiff's notice (letter form) of satisfaction of judgment for attorneys' fees; referred to Judge Thompson. |